**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 00-2522**

—————

ORVILLE LEWIS, JR.,

                               Plaintiff - Appellant,

    versus

EQUIFAX CREDIT INFORMATION SERVICES; HEALTH-
SOUTH SPORTS MEDICINE AND REHABILITATION
CENTER, a/k/a Healthsouth of Virginia, a/k/a
Healthsouth of Richmond II,

                               Defendants - Appellees.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-00-295)

—————

Submitted: May 31, 2001        Decided: September 10, 2001

—————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Orville Lewis, Jr., Appellant Pro Se. Bradley J. Miller, KILPATRICK STOCKTON, L.L.P., Atlanta, Georgia; Barrett Erskine Pope, DURRETTE, IRVIN & BRADSHAW, P.L.C., Richmond, Virginia; Stephen Atherton Northup, Megan Conway Rahman, TROUTMAN, SANDERS, MAYS & VALENTINE, L.L.P., Richmond, Virginia, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orville Lewis, Jr., appeals the magistrate judge's order granting summary judgment to defendants in this action arising under the Fair Credit Reporting Act. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See Lewis v. Equifax Credit Info. Servs., No. CA-00-295 (E.D. Va. Oct. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED